KAREN L. LOEFFLER
United States Attorney

STEVEN E. SKROCKI
STEPHEN COOPER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
      stephen.cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | THREATENING MURDER OF FAMILY |
| vs. | ) | MEMBER OF UNITED STATES JUDGE |
| | ) | |
| LONNIE G. VERNON, | ) | Vio. of 18 U.S.C. § 115(a)(1)(A) |
| | ) | |
| Defendant. | ) | COUNT 2: |
| | ) | THREATENING MURDER OF UNITED |
| | ) | STATES JUDGE |
| | ) | |
| | ) | Vio. of 18 U.S.C. § 115(a)(1)(B) |
| | ) | |
| | ) | |

I N D I C T M E N T

Introductory Allegations:

1.      United States District Court Judge Ralph R. Beistline is a United States District Court Judge for the District of Alaska.

2.      By random assignment, United States District Court Judge Ralph R. Beistline was assigned the civil tax matter of *United States v. Lonnie G. Vernon and Karen L. Vernon*, Case No. 4:09-cv-00038-RRB.

The Grand Jury charges that:

## COUNT 1

On or about February 4, 2011, and continuing up to February 16, 2011, in the District of Alaska, the defendant, LONNIE G. VERNON, did threaten to murder a member of the immediate family of United States District Court Judge Ralph R. Beistline, with the intent to impede, intimidate and interfere with United States District Court Judge Ralph R. Beistline, in retaliation for and on account of the performance of his official duties, to wit: legal rulings adverse to Lonnie G. Vernon and Karen L. Vernon in the civil tax matter of *United States v. Lonnie G. Vernon and Karen L. Vernon*, case 4:09-cv-00038-RRB

All of which is in violation of Title 18, United States Code, Section 115(a)(1)(A).

## COUNT 2

On or about February 4, 2011, and continuing up to February 16, 2011, in the District of Alaska, the defendant, LONNIE G. VERNON, did threaten to murder United States District Court Judge Ralph R. Beistline, with the intent to impede, intimidate and interfere with United States District Court Judge Ralph R. Beistline in retaliation for and

on account of the performance of his official duties, to wit: legal rulings adverse to Lonnie G. Vernon and Karen L. Vernon in the civil tax matter of *United States v. Lonnie G. Vernon and Karen L. Vernon*, case 4:09-cv-00038-RRB.

All of which is in violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

s/ Steven E. Skrocki   for
STEPHEN COOPER
Assistant United States Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

s/ Frank V. Russo    for
KAREN L. LOEFFLER
United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500

DATED:   Feb 17, 2011