UNITED STATES v LONNIE G. VERNON, et al

Case No. *3:11-cr-028-RJB-JDR*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Magistrate Judge's Office

## MINUTE ORDER FROM CHAMBERS

**RE: Proposed Pretrial Motion and Discovery Deadlines**

Pursuant to the Status Hearing held April 8, 2011, before the Honorable Robert J. Bryan, counsel are to confer and review the attached proposed scheduling of discovery and pretrial motion practice order, and to file any objection(s) thereto on or before April 15, 2011.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\00 C R I M I N A L\CR 2011\11-cr-028-RJB-JDR VERNON et al\11-cr-028-RJB-JDR VERNON et ux MO Re Discovery and Planning Order.wpd

Date: April 11, 2011 By: JAM