```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs.   __LONNIE G. VERNON__   CASE NO. __3:11-cr-00028-01-RJB__
Defendant: _X_ Present  _X_ In Custody

BEFORE THE HONORABLE:           ROBERT J. BRYAN

DEPUTY CLERK/RECORDER:          DENALI ELMORE

UNITED STATES' ATTORNEY:    STEVE SKROCKI / YVONNE LAMOUREUX
                            JOE BOTTINI

DEFENDANT'S ATTORNEY:       M.J. HADEN / RICH CURTNER

U.S.P.O.:                       CHARLENE HENSEL

PROCEEDINGS: IMPOSITION OF SENTENCE HELD JANUARY 7, 2013:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:13 a.m. court convened.

_X_ Court accepted plea agreement.

_X_ Court stated findings pursuant to sentencing guidelines.

_X_ Imprisonment for a period of _310 months on count 1 of the First Superseding Indictment, to be served concurrently to the sentence imposed in 3:11-cr-00022-03-RJB._

_X_ Defendant placed on supervised release for a period of _5_ years under the usual terms and conditions with special conditions of supervised release as stated in the judgment. _To be served concurrently to the sentence imposed in case 3:11-cr-00022-03-RJB._

_X_ Special Assessment $_100.00_, due immediately.

_X_ Defendant remanded to the custody of the U.S. Marshal.

_X_ On motion of the U.S. Attorney, remaining counts _2-8_ of the First Superseding Indictment were **DISMISSED.**

_X_ Court advised defendant of appeal rights.

_X_ Payment coupon given to defendant.

_X_ OTHER: _Defendant's Oral Motion to Dismiss was_ **DENIED.**

At 10:54 a.m. court adjourned.

DATE:      JANUARY 7, 2013       DEPUTY CLERK'S INITIALS:    DJE