UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cases 3:11-cr-00022-03-RJB |
| | ) | 3:11-cr-00028-01-RJB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Anchorage, Alaska |
| | ) | Monday, January 7, 2013 |
| LONNIE G. VERNON, | ) | 10:13 o'clock a.m. |
| | ) | |
| Defendant. | ) | |
| | ) | **IMPOSITION OF SENTENCE** |

**TRANSCRIPT OF PROCEEDINGS**

BEFORE THE HONORABLE ROBERT J. BRYAN
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:
STEVEN E. SKROCKI
YVONNE LAMOUREUX
JOSEPH W. BOTTINI
Assistant U.S. Attorneys
Office of the U.S. Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071

For the Defendant:
M.J. HADEN
Assistant Defender
F. RICHARD CURTNER
Federal Defender
Office of the Federal Public Defender
601 West 5th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Probation Officer:
CHARLENE HENSEL
U.S. Probation/Pretrial Services
222 West 7th Avenue, Box 48, Room 168
Anchorage, Alaska 99513-7562
(907) 271-5492


Case 3:11-cr-00028-RJB Document 187 Filed 03/01/13 Page 1 of 49

APPEARANCES (Continued):

Court Recorder: DENALI ELMORE
U.S. District Court
222 West 7th Avenue, #4, Room 229
Anchorage, Alaska 99513-7564
(907) 677-6123

Transcription Service: A & T Transcripts
6299 West 111th Avenue
Westminster, Colorado 80020
(720) 384-8078

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

**ANCHORAGE, ALASKA - MONDAY, JANUARY 7, 2013**

(Call to Order of the Court at 10:13 a.m.)

(Defendant present)

THE CLERK: All rise. His Honor the Court, the United States District Court for the District of Alaska is now in session, the Honorable Robert J. Bryan presiding.

THE COURT: Please be seated. Good morning.

COUNSEL: Good morning, Your Honor.

THE COURT: This is a combined sentencing hearing in cause number 11-22 and 11-28, *United States versus Lonnie Vernon*. Mr. Vernon is present in court with his attorneys, Ms. Haden and Mr. Curtner. And Ms. Lamoureux and Mr. Skrocki are here for the government.

The first thing we must do is determine the guidelines. And it's my understanding, based on the probation report and the plea agreement, that you're in agreement that this is a level 39 offense with a criminal history category of 1. Is that correct, counsel?

MR. CURTNER: Yes, Your Honor.

MR. SKROCKI: It is, Your Honor. It --

THE COURT: And are there any guidelines issues that we need to resolve?

MR. CURTNER: No, Your Honor.

MR. SKROCKI: Nothing from the government, Your Honor.


Case 3:11-cr-00028-RJB Document 187 Filed 03/01/13 Page 3 of 49

THE COURT: All right.

MR. SKROCKI: Your Honor, if I might -- excuse me. Before we get any further in the process, we would like to have the Court inquire of Mr. Vernon of the waiver of the conflict of interest, which is at Docket 140, which he signed, but we believe that before we go any further that the court should inquire and get that on the record. So I apologize for interrupting you.

THE COURT: Conflict of interest relative to what?

MR. SKROCKI: Would be Mr. Vernon's represented by the Public Defender. Mr. Gardner now works for the Public Defender --

THE COURT: Oh.

MR. SKROCKI: -- Agency and represents Mrs. Vernon.

THE COURT: Yeah. And I recall that now, and we did discuss it before. Mr. Vernon, I take it that you did discuss that issue of Mr. Gardner continuing in the case, representing Mrs. Vernon. You've discussed that with your lawyers?

THE DEFENDANT: They gave me a piece of paper.

THE COURT: Well, Mr. Vernon, I'm asking if you discussed it with your lawyers.

THE DEFENDANT: I didn't discuss it with him, because he just handed me the envelope with a piece of paper in it.

THE COURT: Do you have any objection to Mr. Gardner continuing in the case, representing Mrs. Vernon?


Case 3:11-cr-00028-RJB Document 187 Filed 03/01/13 Page 4 of 49

THE DEFENDANT: I have objections to about everything apart -- about this.

THE COURT: Well, I'm not sure I know what that means.

THE DEFENDANT: That means that I want to know who these people are that have jurisdiction over me. I don't know who these people are. I know that they pay this guy hundreds of thousands of dollars to play with your system that's part of the government, but yet does the government have the jurisdiction to put him over me? We're going to discuss that today.

THE COURT: Well, you know, as far as I'm concerned, we resolved that issue before. And I'm not --

THE DEFENDANT: No, I never had a chance to do that, because these people did nothing for me from day one. I don't want to have anything --

THE COURT: Well --

THE DEFENDANT: -- out of disrespect for you, Mr. -- Judge Bryan.

THE COURT: Well, just --

THE DEFENDANT: Nothing at all.

THE COURT: Just a second --

THE DEFENDANT: Okay. Okay.

THE COURT: -- Mr. Vernon. My recollection is that we resolved that issue before, and --

THE DEFENDANT: Well, that's under fraud.


Case 3:11-cr-00028-RJB Document 187 Filed 03/01/13 Page 5 of 49

THE COURT: Wait a minute. Wait a minute. And I don't know the reason to go into it again. I don't think there's a --

THE DEFENDANT: Well, the reason we need to go into it again, because --

THE COURT: Wait a minute.

THE DEFENDANT: -- I was --

THE COURT: Wait a minute.

THE DEFENDANT: I was defrauded.

THE COURT: Wait a -- wait, wait, wait, wait. Mr. Skrocki's the one that brought this up.

MR. SKROCKI: Right. And --

THE COURT: And so I guess I'm asking you why do we need to revisit that?

MR. SKROCKI: My recollection might be different than yours, Judge, and if it is, you know, I apologize for that. But I wasn't sure to the extent of the coverage of the issue when it was first raised. I know we have a signed writing --

THE COURT: Uh-huh.

MR. SKROCKI: -- that has some legal effect to it, but I -- I'm not sure I recall the extent of the inquiry, which is why --

THE COURT: Yeah.

MR. SKROCKI: -- we raised it.

THE COURT: Well --

THE DEFENDANT: If you have no jurisdiction over me, what does a piece of paper mean? A piece of paper?

THE COURT: Mr. Curtner, what's your input on this?

MR. CURTNER: Well, Your Honor, I did meet with Mr. Vernon. I've -- at that time I explained to him what the agreement -- what the waiver was about, and he agreed that we could continue to represent him. And just to be frank with the Court, he may not feel that way today, but at the time he signed that --

THE DEFENDANT: I was very livid about what they were pulling on me.

MR. CURTNER: Anyway, that's -- so we did file it, but we never did have a hearing or do that in court as far as that waiver of any type of potential conflict.

THE DEFENDANT: I see force of law forced on me from an unknown entity. That's what I want to find out today, who you are. I reside in the State of Alaska, not in your government realm.

THE COURT: Well --

THE DEFENDANT: I am sovereign. I want the people to pull their paperwork out and prove who they are instantly. And I demand it right now. For all my God-given rights on this planet of earth, that this government did not create. I want them pulled out, I want them set in front of me -- you -- your power of attorney, power of attorney -- and who this clown is


Case 3:11-cr-00028-RJB Document 187 Filed 03/01/13 Page 7 of 49

on the end with his agency, his authority or his jurisdiction that lies in my realm. I want it pulled out it I want it proven, from you and you too. And --

THE COURT: Well --

THE DEFENDANT: -- please, Your Honor, I'm going to be respectful to you. I want to see your jurisdiction, your Rule 61, both of affirmation and the whole works, of who you hold your allegiance to.

THE COURT: Well --

THE DEFENDANT: I was going to be respectful about this to everybody. But I want people to hear me now. I'm fed up with all --

THE COURT: Well --

THE DEFENDANT: -- this nonsense.

THE COURT: -- okay. Mr. Vernon, all of us have our appropriate appointments and our oaths filed with the government --

THE DEFENDANT: To who do --

THE COURT: -- and --

THE DEFENDANT: -- you hold your allegiance to?

THE COURT: You know, I do not think I need to engage in that --

THE DEFENDANT: You don't think you're going to hide it for 30 years --

THE COURT: -- discussion with you.

THE DEFENDANT: -- from me like the rest of them do. I want to know who these people hold their allegiance to. It came upon --

THE COURT: Well --

THE DEFENDANT: -- my wife and I, free man and woman on the land, and come to rape and pillage our property. We own that land. This judge that wears the black robe, that you do too, whether he's part of your entity, clan, or whatever, came upon us fraudulently and started nailing it to us. And then he uses them clowns right over there and their agencies to come along with their IRS agency that's no jurisdiction of me at all. That's proven. It's even in state law and federal law. You know that. The jurisdiction --

THE COURT: No.

THE DEFENDANT: -- lies upon you. Prove it. I'm going to stay here and yell until I hear it and see it.

THE COURT: Well, your --

THE DEFENDANT: I don't care about your procedure and this rule of law crap that you're -- coming from --

THE COURT: Yeah.

THE DEFENDANT: -- your government. I want to see it that proves that it applies to the State of Alaska, to me. Because this was thrown out of a state court once because of a bunch of illegitimate SOBs, like that right there, that instill all this garbage on people of this land.

I'm going to stand up here as a free man on the land. My God-given rights better not be trampled on no more. You've taken my wife from me and (indiscernible) and thrown us in jail for nothing, because that little son of a bitch right over there and his clan got together and propped it up -- a story, because they've hired this $300,000 whore, drug-dealing, dug -- drug-hauling piece of shit that come up to this state -- yeah, look at me, you little punk, Sutherland. Then you go out and start all your bullshit and your nonsense to make a little story with your Sandi Klein and your Betsy Bartko. You want to hear some stories about them?

THE COURT: No. Mr. --

THE DEFENDANT: I figured you don't.

THE COURT: Mr. Vernon --

THE DEFENDANT: But I want to know where's the jurisdiction lie that this little braided flag has over me?

THE COURT: Well, Mr. Vernon --

THE DEFENDANT: I'm going to sit here until I get it.

THE COURT: -- this is not the time or place.

THE DEFENDANT: It is right time, right now.

THE COURT: No. We're --

THE DEFENDANT: I am not going to be denied no more --

THE COURT: We're not --

THE DEFENDANT: -- due process. I demand it.

THE COURT: Well, Mr. Vern --

THE DEFENDANT: You're coming on me, you're throwing me in jail. If you are declaring war on my country, which is my country -- you live in your little sphere of your government, I live in my sphere of my state. I was born free man on the land, with all my sovereign rights invoked, which I have done again for you people on December 8th of 2010. I've sent it to --

THE COURT: Well --

THE DEFENDANT: -- all the officials of the state. I've sent it to your little whored-out buddy Holder and Hillary Clinton, both of the same caliber --

THE COURT: Well, Mr. --

THE DEFENDANT: -- which didn't do a damn thing for that.

THE COURT: Mr. Vernon, you have to realize that you're ranting about a bunch of stuff that we're not going to get into today.

THE DEFENDANT: Well, it is going to get into it --

THE COURT: And the jurisdiction --

THE DEFENDANT: -- because that's who I am.

THE COURT: -- of this Court is clear. The --

THE DEFENDANT: This Court has no --

THE COURT: -- authority --

THE DEFENDANT: -- jurisdiction over me and my state. You play your games. This is the day -- you can turn into --


Case 3:11-cr-00028-RJB Document 187 Filed 03/01/13 Page 11 of 49

THE COURT: Well, I -- you know --
THE DEFENDANT: -- George Washington, Mr. Bryan.
THE COURT: Mr. --
THE DEFENDANT: Or you can stay along with these paid whores and go on and take us all down like -- to the dirt. Because you better prove who the hell has got declaration of war on my country and where the surrender papers are, because I'm not surrendering to a God damn bunch of whores.
THE COURT: Well, Mr. Vernon, you know, you're just ranting about a bunch of things that you may --
THE DEFENDANT: No, I'm telling you the truth.
THE COURT: -- believe and --
THE DEFENDANT: You would -- now, listen to me --
THE COURT: -- I'm --
THE DEFENDANT: -- and let's back up to when --
THE COURT: But --
THE DEFENDANT: -- you first started and who you were. You said you worked in Puerto Rico as a judge for who? What --
THE COURT: I've never --
THE DEFENDANT: -- corporation did you work for?
THE COURT: I don't know what you're talking about now.
THE DEFENDANT: Okay.
THE COURT: I've never been to --
THE DEFENDANT: The very first day you got --
THE COURT: -- Puerto Rico.


Case 3:11-cr-00028-RJB Document 187 Filed 03/01/13 Page 12 of 49

THE DEFENDANT: -- up and gave your little history lesson on who you were. Who did you work for?

THE COURT: I don't know what you're talking about, Mr. Vernon.

THE DEFENDANT: You're a judge of where? For who? What corporation do you work for of this United States that you claim to be?

THE COURT: Well, Mr. Vernon, I don't work for any corporation.

THE DEFENDANT: The United States is a corporation.

THE COURT: Well, you can call it that if you want.

THE DEFENDANT: You're denying, but I want jurisdiction to show --

THE COURT: Well --

THE DEFENDANT: I want a piece of paper, says you have jurisdiction over me and my wife.

THE COURT: I'm making a finding that this Court has jurisdiction over you --

THE DEFENDANT: No, I want to --

THE COURT: -- that --

THE DEFENDANT: -- see it on paper.

THE COURT: -- we're ready to --

THE DEFENDANT: I want to see where you have --

THE COURT: -- proceed --

THE DEFENDANT: -- a compact with the State of Alaska.

THE COURT: Well, Mr. Vernon, you're going to disrupt this proceeding to the extent that we're not going to be able to proceed if you just keep talking. Is that your plan, to just keep talking --

THE DEFENDANT: No, I want --

THE COURT: -- and so we --

THE DEFENDANT: I want satisfaction of the compact you have with the State of Alaska. You have no authority over me. You people come in here to start up and stir up shit, to bring 270 people up to work for their FBI and their agencies and all this crap, to buy and spend, spend, spend. You paid informants over $500,000 to come and screw citizens over. We are we, the people. We are not we, the bullshit. Because there's a whole bunch of it going on in this state right now.

THE COURT: Well, Mr. Vernon, you know, I don't know what to tell you. You're just talking about a bunch of stuff that is not relevant to what we're doing here today.

THE DEFENDANT: Want to sit for two hours and I'll read some paperwork to you? It's out of your Supreme Courts. It's out of the State of Alaska Supreme Court too. It says who you are and who I am and who they aren't.

THE COURT: Well, I don't know what paperwork you've got.

THE DEFENDANT: Well, that's because --

THE COURT: But --

THE DEFENDANT: -- this bunch here has kept it from my wife, and I finally get it done today, because of the horrors that I've been stuck into these shithole prisons that have disrupted everything I've had, all my due process. They've trashed my paperwork eight times.

I've handwritten over eight to nine hundred pieces of paperwork to stand up to my first case that these whores did nothing for me but just did what they were told to by that fat-lip mouth right there. You scumbag from back wherever the hell you're from, you don't exist in my world, Mister. Remember that. Neither does that slanderous bitch sitting next to you. But that little son of a bitch on the end over there better have a marshal behind him, because you better arrest that little bastard before this day is over with.

THE COURT: You know, your language is --

THE DEFENDANT: I don't care.

THE COURT: -- not appreciated.

THE DEFENDANT: I know it.

THE COURT: And your ranting is --

THE DEFENDANT: I'm not aiming --

THE COURT: -- not appreciated.

THE DEFENDANT: -- it at you, but I am aiming at them that started this upon my wife and I.

THE COURT: Well --

THE DEFENDANT: Judge Beistline and that Janice Stoll


Case 3:11-cr-00028-RJB Document 187 Filed 03/01/13 Page 15 of 49

(ph), his IRS agent, this little RICO they had going with their two little attorneys, the Steven Johnson and Richard Schwartz, back east in D.C., that doesn't exist in my world --

THE COURT: Well --

THE DEFENDANT: -- this is what this is about.

THE COURT: -- you know, Mr. Vernon, you can talk about things don't exist in your world, but you exist in the world, and in our world.

THE DEFENDANT: That's right. God put me here on this place --

THE COURT: And so there --

THE DEFENDANT: -- not the United States --

THE COURT: -- we go.

THE DEFENDANT: -- of America, of D.C. or wherever the hell you're --

THE COURT: Now --

THE DEFENDANT: -- talking about. I was born free --

THE COURT: -- for the --

THE DEFENDANT: -- man, free will --

THE COURT: For --

THE DEFENDANT: -- on this land.

THE COURT: For the record, I want to indicate to you that I have read everything in the file in regard to sentencing, including the presentence report and the briefing filed by each side. And I've reviewed the events of the trial

and the events of the plea and the plea agreement. And I'm satisfied with the written waiver in regard to representation. And I would propose that we proceed to sentencing. The guidelines are 39 offense level and criminal history category of 1, which results in a 262-to-327-month guideline range.

And we should with those findings turn our attention to disposition. And, Mr. Skrocki, is there anything you want to say about this in addition to those things that you put in your plea -- in your memorandum?

THE DEFENDANT: Nobody's going to prove jurisdiction, huh? This Court doesn't exist. I move to dismiss --

THE COURT: Well --

THE DEFENDANT: -- under fraud and deception of this so-called United States that's playing law on my land.

THE COURT: Yeah. The motion's denied.

THE DEFENDANT: That's fine. It better not be.

MR. SKROCKI: Thank you, Your Honor. We'll rely on the recommendation and the facts and arguments we made in our presentence filing. Thank you.

THE COURT: All right.

THE DEFENDANT: Where is the declaration of war --

THE COURT: Mr. --

THE DEFENDANT: -- on the State of Alaska from the -- this you -- so-called United States?

THE COURT: Well, Mr. Curtner?

MR. CURTNER: Your Honor, we will rely also on our sentencing memorandum we filed.

THE COURT: Pardon me?

MR. CURTNER: We will rely on the sentencing memorandum we filed --

THE COURT: All right.

MR. CURTNER: -- with the Court.

THE COURT: And, Mr. Vernon, you have the right to say anything you want to say in regard to the issue of sentencing. And if -- whatever you wish to say at this point I'll be pleased to hear.

THE DEFENDANT: For everybody's information, they thought I was a crazy fool. They played with me with their psychiatrist. Would you like to read that, Mr. Curtner, because how you brought this up? Please read that.

MR. CURTNER: No, this is your allocution. You can --

THE DEFENDANT: No, I want him to read this. He's the one that brought all this on because they thought I was nuts. Read it, please, to the Court. This is from Keith Youngblood.

MR. CURTNER: Yes, but we haven't filed this.

THE DEFENDANT: I don't care. You were the one that instigated this. You were supposed to have it done. This is why I've got nothing but -- nothing from these people. They're paid whores, they get their money, they run through their checks. They're all having a good time over here with their

money. They've done nothing -- right, M.J. -- but lie to me and dishonor me in every way as to law. Don't look at me one-eyed like that. You better look at me straight up.

MR. CURTNER: Lonnie, this is your chance to talk to the judge.

THE DEFENDANT: I know it. I want you to read that, because you're the one that instigated that.

THE COURT: Mr. -- you have asked Mr. Curtner to do something. It's up to him to decide whether he's going to do it or not. Now is the time for -- that you have the opportunity --

THE DEFENDANT: Okay.

THE COURT: -- to address the Court in regard to sentencing.

THE DEFENDANT: Read it, Rich, please.

MR. CURTNER: I'm not going to --

THE DEFENDANT: Show me you're a man. Show me you are of this land for -- are you what I said you were.

MR. CURTNER: Can I have just a minute, Your Honor?

(Side conversation)

THE DEFENDANT: Well, then I'll read it. This is a conclusion from Seaview Community Services, which is a -- from a Keith A. Youngblood. He's a psychologist, licensed psychologist. He went and did a test on me because they thought I was nuts, and I'm not. Just for -- this is because

they thought I had this poisoning I had 12 years ago, they think I'm just going to blow off and go crazy.

Well, I am pissed. You've taken my wife from me, my home from me, and my family from me, and my life from me, because I don't know who the hell any of you are. But this is what the man said for conclusion: "Destruction of dopamine production is well known and commonly associated with movement disorders such as Parkinson's disease. In short, heavy metal poisoning of the nature described in Mr. Vernon's case may have contributed not only to the pain and loss of mobility he suffered, but also aggravated mood and effect in the form of increased irritability and aggression."

I went through hell for a year. Anyway: "Following the treatment for heavy metal poisoning, residual symptoms could persist, but certainly at a lesser level. Finally, it was asked if Mr. Vernon was likely to pose a threat to self or others in the future. Clinical evidence with regard to this question is limited one way or the other, or his assessment was restricted to a clinical interview and brief tests of cognitive functioning.

"Traditionally, one or more of the reliable indicators of future behavior has been the past behavior. In Mr. Vernon's case, there had been no evidence of past aggression or harm to others presented in the record nor in the interview.

"During the interview of 12/28/12, the only animosity


Case 3:11-cr-00028-RJB Document 187 Filed 03/01/13 Page 20 of 49

he verbally concerned the -- he verbalized concerned the difficulties he had regarding his past illness and failed workman's compensations claim. His legal record only showed citations for the tax problems and the charges of this conspiracy for weapons possession occurring in the past 11 years. In the event that heavy metal poisoning aggravated his emotional stability of thinking, this has also been dealt with and abated to some degree.

"Given this information, it is my professional opinion that Mr. Vernon is unlikely to pose a threat -- a future threat to self or others."

You people got me pissed off and wound up. You've taken my life. I've been with my wife for 34 years. These son of a bitches, like that one at the end of the table over here, and these paid whores that all gang up with him -- you two son of a bitches right there in the middle of that table too -- are part of that. You scripted up a fucking story for Schaeffer Cox. Your little buddy Eric Holder pops into the airport here, Ted Stevens Airport, August of 2010 and flaps his gums about people that are sovereign, people that hoard food, people that live and take -- are Christians and put their people -- their kids in their own homeschools and all this stuff -- you're part of it, Lauren Lummary (ph). Then you pop some slanderous God damn thing about my wife in this court last spring. You are not on my good list, lady.

Now -- neither are you, you and that little -- right out here, with a hand on his chin, and that other one right behind you, wherever the hell he went. All you prosecutors are what you are. I'm not going to say the name, because it's vile and foul. Because that's how you act and treat the people of this land. You are no part of my country. You aren't, you aren't, and these guys should be. They took an oath to that, to protect that law of this land. You didn't -- you're whoring out whatever been dealt you to take -- so you can take a new little rinky-dink -- and play your little games up here in the State of Alaska. I'm not done.

You can't look at me? Yeah. Anyway, I claim my sovereign rights. It's done. It's filed with you people. I have been treated as what? A political prisoner? Is that what I am? Am I a political prisoner, Judge?

THE COURT: I don't think so, Mr. Vernon. I don't think so.

THE DEFENDANT: Why am I be treat -- being treated like that? You come upon me with your force of law on deception and fraud. This Beistline character dreams up a bunch of crap, talking about his wonderful family that he has. Do you want to hear the story?

I've seen this little scripted-up thing he probably pulled off of some TV show that he wrote, about the Vernons did this and the Vernons did that. Do you know who did that? That


Case 3:11-cr-00028-RJB Document 187 Filed 03/01/13 Page 22 of 49

little son of a bitch Sutherland, right at the end of the table over here and his buddy, Klein and Bartko, and little J.R. Olson, the paid whore you got, scripted up a little story about pieces of paper and a phone -- pieces of a phone book going to somebody's house. That's their little drama there.

This whole thing comes back to this bunch right here, when I told them about some other things too, about two pieces of wire, with some crap, with some duct tape on it and a clothespin. I told you to tell them during this trial, which you did not -- you refused, you refused -- to tell you that that crap came from Far North Tactical in five ammo cans that I bought from Aaron Bennett. Did they bring that up as evidence? Hell, no. They used that against me as evidence, so you could make another fucking story.

Now, this is all part of your scripted-up bullshit. You people are vile. You don't belong on this land. You belong in the shitholes that I've been living in for the last 20 months. That's where you belong, with the God damn doors welded shut and never come out, like they did those fricking bastards in Iceland. That's where you people belong.

You come up with this bullshit, making these stories. This Beistline character started out of no jurisdiction, coming on to my wife and I for the last four and a half years with paperwork -- we filed over four boxes of that crap with this government, whoever they are, and not once did they prove


Case 3:11-cr-00028-RJB Document 187 Filed 03/01/13 Page 23 of 49

jurisdiction. Not once. I've got piles of it -- we did have piles of it, but they stole all that from us. His little gang of asinine buddies over there, bunch of perverts.

And I have a picture here that I would like to know came into my wife's cedar chest that she's had for 29 years. And your little pervert, faggot buddies put two fuck magazines in my wife's cedar chest that has three generations of our family heirlooms in it. You got anything to say to that, Sutherland? I'm addressing you, Sutherland. Answer me.

THE COURT: Mr. Vernon, it's time for you to be addressing the Court, not --

THE DEFENDANT: Okay, I'm addressing the Court --

THE COURT: -- other people.

THE DEFENDANT: -- because he's sitting here as a court officer, right?

THE COURT: No, he's not a --

THE DEFENDANT: He's not?

THE COURT: -- court officer.

THE DEFENDANT: Well, then get him the hell out of here. I don't even want to look at him.

THE COURT: Well, you don't have to look at him. It's a public court.

THE DEFENDANT: That's right. I want the public to hear this.

THE COURT: Well, you --


Case 3:11-cr-00028-RJB Document 187 Filed 03/01/13 Page 24 of 49

THE DEFENDANT: I want them to hear this whole trumped-up son of a bitch.

THE COURT: Well, you know, I -- now --

THE DEFENDANT: These people didn't do nothing for me. How in the hell am I supposed to have a fair trial? You got my wife --

THE COURT: Now --

THE DEFENDANT: -- on some bullshit. She didn't do nothing to no one. Neither did I. We're both innocent. These fuckers are the ones that come on us for your fucking trumped-up Agenda 21 bullshit to steal people's land. This Beistline character has been doing it in Fairbanks since he was a -- they gave him a judgeship up there.

THE COURT: Well --

THE DEFENDANT: And now he comes on to my wife and I, and he can't prove nothing. He rubberstamps shit, rubberstamps shit, rubberstamps shit -- that doesn't mean anything. Then he has somebody else rubberstamp the shit back east. They prove nothing for four and a half years, then all of a sudden, Janice Stoll (ph), while we're sitting in this God damn jail system, comes up with piles of fucking paper against Lonnie and Karen Vernon, all this conglomeration of shit. It has nothing to do with my wife and I.

They come down on us because they're going to prove and put people in jail for little fast-and-furious faggot little


Case 3:11-cr-00028-RJB Document 187 Filed 03/01/13 Page 25 of 49

bastards like Eric Holder and all that bunch back east there. They're going to take over my country. Well, if I'm not part of my country, I suggest you people take me out back of this building and put a bullet through my head and claim the war. Or send me the fuck out of this country. And my wife too. Because we've done nothing wrong to no one.

These motherfuckers here are the son of a bitches that started this on my wife and I. They started it on us and wouldn't answer up to it. I've got people in this audience out here that know that fact. But that's not part of today, because you won't listen to that, because this isn't part of us. But I'm telling you what I -- how I feel. This is coming from my heart.

THE COURT: I understand.

THE DEFENDANT: Because I am fed up.

THE COURT: I understand.

THE DEFENDANT: I've done nothing in this land to fuck with anybody. I've drove truck in this state for over 22 years. I've run that frozen son of a bitch up north for a week on end, my wife and I right, side by side, together, together. We bothered no one. We tried to make a place for our home and our -- of our home for our kids. Because it's coming to the day when we'll probably all be living together, because of this worthless son of a bitch that ruins this country, and you guys are all part of it. Because of shit like that, right there.


Case 3:11-cr-00028-RJB Document 187 Filed 03/01/13 Page 26 of 49

I'm sorry, I respect you, Judge Bryan. Don't get me wrong. You've been a man that's watching this for years. You know this stuff. But if you disrespect me as a sovereign man on this free land, then you're no better than they are. I'm sorry, I'm not going to be that way with you.

But I want to get to the bottom of this son of a bitch right here, all of them. Who the hell are you people? And you too. I haven't seen any powers of attorney over -- that prove that you're anything. If not, you better get behind a marshal here and put a pair of cuffs on you and get you the hell out of this room. I want you to arrest these people until they prove who the hell they are. All of them. I have no proof of who you are in my land. Nobody's doing anything, see? You're all tied together, is that what we're going to play today?

THE COURT: Well, Mr. Vernon --

THE DEFENDANT: No, well, that's a deep subject. We're talking about the real thing here today. I want to --

THE COURT: Mr. Vernon --

THE DEFENDANT: -- know who all these people are --

THE COURT: Well --

THE DEFENDANT: -- these court officers. I want to know who they are. I have the right to -- demand the right to know who they are. They're coming judgments on me with crap that they instigated.

THE COURT: Well, Mr. Vernon, I offered you the floor

because we're here to conduct a sentencing.

THE DEFENDANT: I don't care how you guys --

THE COURT: And --

THE DEFENDANT: -- play your sentencings, Judge --

THE COURT: And --

THE DEFENDANT: -- I'm not disrespecting you. Don't get me wrong.

THE COURT: Well, wait a minute. We're here to conduct this sentencing. And I --

THE DEFENDANT: I'm not getting sentenced for anything. I didn't do anything.

THE COURT: Well --

THE DEFENDANT: I am innocent. I did not intend to do anything. I have injured no one, nor did I ever, my wife and I, intend to injure anyone. That was that little -- concocted a story by that --

THE COURT: Well --

THE DEFENDANT: -- little son of a bitch right on the end down there --

THE COURT: I under --

THE DEFENDANT: -- and his buddy.

THE COURT: I understand that's your position.

THE DEFENDANT: And we have done nothing to no one. That's provable. Just because they got a little scheme to sell us some junk from these clowns here, or the FBI, their -- more


Case 3:11-cr-00028-RJB Document 187 Filed 03/01/13 Page 28 of 49

of their junk. I would buy a Sherman tank and park it in my front yard to keep bastards like them out of my yard.

THE COURT: Well --

THE DEFENDANT: That's my God-given right to protect my family, my dogs, and my kids.

THE COURT: Well --

THE DEFENDANT: Now, who's going to pull that right away from me? You have to prove who you people are --

THE COURT: They --

THE DEFENDANT: -- and I want to hear it. I want to see it, I want to know it. I want to see it on paper, Skrocki. Get it out. Lamoureux --

THE COURT: Well --

THE DEFENDANT: -- get it out. Sutherland and your agency of little bastards, get it out here on the floor. I want to see who you are.

THE COURT: Well, this is not --

THE DEFENDANT: And I --

THE COURT: -- the time or the place for that --

THE DEFENDANT: Oh, it is the time and the place, because --

THE COURT: -- Mr. Vernon --

THE DEFENDANT: -- we're not doing no sentencing, we're not --

THE COURT: -- so I'd like to know --


Case 3:11-cr-00028-RJB Document 187 Filed 03/01/13 Page 29 of 49

THE DEFENDANT: -- doing anything, the --

THE COURT: -- if there's anything else you want to say about this matter that has to do with the sentencing that I must conduct in this case.

THE DEFENDANT: Well, I'm not part of your court, then.

THE COURT: Well, I understand --

THE DEFENDANT: I am sovereign to this whole thing.

THE COURT: I understand you feel that way.

THE DEFENDANT: Feel that way? It's proven. Been right here. They didn't answer back. They had 14 days to answer this, and from October 8th till -- or November -- or December 8th of 2010, nobody ever answered it. It's all in my state. You have to prove your jurisdiction in my state. If you're not proving jurisdiction, I prove -- I'm claiming fraud on this whole son of a bitch.

I am sick and tired of legal noise that is not legal. Legal means nothing but a -- illegal, which is a sick fricking bird. That's all it is. And that's what you are --

THE COURT: Well --

THE DEFENDANT: -- a sick bunch of fricking birds.

THE COURT: Okay. I understand your position, Mr. Vernon. And the -- what I must do is determine an appropriate sentence under the things that you've been convicted of.

THE DEFENDANT: I want to see this declaration of war --

THE COURT: And --

THE DEFENDANT: -- on my country first.

THE COURT: The --

THE DEFENDANT: You're not going to do anything to me until I see this. I am no part of this fraud called the United States.

THE COURT: Well, you know, I understand you feel that way.

THE DEFENDANT: No --

THE COURT: But --

THE DEFENDANT: -- that's exactly what we're going to find out before anything goes further.

THE COURT: Well, I'm afraid --

THE DEFENDANT: I need to see your oath of affirmation, who you hold your allegiance to. As a friend, I could hold my hand, shake hands with you any day of the week. But I want to see your oath of affirmation. I don't want to --

THE COURT: Well --

THE DEFENDANT: -- hear this 30 rule -- year rule where --

THE COURT: You know --

THE DEFENDANT: -- we hide shit from the people, we, the people. I am we, the people, not you, them of the --

THE COURT: No --

THE DEFENDANT: -- United Nations or whoever the --

THE COURT: Well, what --

THE DEFENDANT: -- hell you claim to be.

THE COURT: You know, Mr. Vernon, it may be hard for you to understand this, but we're all in this together.

THE DEFENDANT: No, you're not -- oh, I can --

THE COURT: We're trying --

THE DEFENDANT: -- say that -- I can see that. Oh --

THE COURT: We're trying to find a way to conduct a --

THE DEFENDANT: No, you found a way --

THE COURT: -- life and a government --

THE DEFENDANT: -- to do it. You got three paid whores over here --

THE COURT: -- that we can all live with.

THE DEFENDANT: -- and they concocted a story with Schaeffer Cox's bullshit.

THE COURT: Well, okay. In determining --

THE DEFENDANT: I want to talk man to man to somebody's a really man -- a man here that knows his law, that has jurisdiction over anybody.

THE COURT: Well, I'm telling you, this Court has jurisdiction over you.

THE DEFENDANT: No, it doesn't.

THE COURT: And I'm telling you --

THE DEFENDANT: Prove it.

THE COURT: -- that if you don't agree with that, you

can take it to a higher court.

THE DEFENDANT: Let's take it there right now, then.

THE COURT: Well, you --

THE DEFENDANT: Let's start -- call them up.

THE COURT: You can -- as soon as we --

THE DEFENDANT: Actually, let's do something better. Let's take it to the lower court, called the common-law court. Article 3. Are you an Article 3 judge?

THE COURT: Yes, I am.

THE DEFENDANT: Well, let's fire it up. Where's the victim, where's the crime? Let's start -- get going. Let's get it rolling.

THE COURT: Well --

THE DEFENDANT: Anybody in the audience object to that? Does anybody out there object to an Article 3 court to start right now?

THE COURT: Mr. --

THE DEFENDANT: Does -- anybody in favor of it?

THE COURT: Mr. Vernon, we're --

THE DEFENDANT: Please --

THE COURT: -- not conducting a public poll here today.

THE DEFENDANT: No, I want to find out who the hell you people really are.

THE COURT: Well --

THE DEFENDANT: Because it's not proven. My wife and I


Case 3:11-cr-00028-RJB Document 187 Filed 03/01/13 Page 33 of 49

have been shuffling paper with this horseshit for years. And I want to know who the hell you people are, because nobody proved jurisdiction.

THE COURT: Mr. Vernon, let's leave it at this. Nobody's going to answer that question today --

THE DEFENDANT: Why?

THE COURT: -- for you.

THE DEFENDANT: For fraud?

THE COURT: Because it's all in the --

THE DEFENDANT: Well, then --

THE COURT: -- law and the --

THE DEFENDANT: -- you better cancel all this nonsense --

THE COURT: All right.

THE DEFENDANT: -- and let me go, because you're going to have to prove who these people are --

THE COURT: Well --

THE DEFENDANT: -- and who this court is.

THE COURT: -- Mr. Vernon, your position is clear to me. I understand what you're saying --

THE DEFENDANT: I've been -- proven I've been defrauded --

THE COURT: I --

THE DEFENDANT: -- I've been deceited [sic], I've been --


Case 3:11-cr-00028-RJB Document 187 Filed 03/01/13 Page 34 of 49

THE COURT: All right --
THE DEFENDANT: -- lied to, I've been denied of all my --
THE COURT: Well --
THE DEFENDANT: -- rightful due process --
THE COURT: Yeah --
THE DEFENDANT: -- as one of we, the people.
THE COURT: Now you're making it hard for me to conduct court here --
THE DEFENDANT: I know that, but --
THE COURT: -- you keep going on with things --
THE DEFENDANT: -- I'm trying to get a point across too.
THE COURT: -- that aren't going to make any difference.
THE DEFENDANT: I want to know who all these people are.
THE COURT: Well, the thing that I must consider here in doing my job are the nature and circumstances of the offenses and the history and characteristics of you, Mr. Vernon. And your history, other than these events --
THE DEFENDANT: These fraudful events.
THE COURT: -- that you're here over, your history has been good. You've been a good citizen right up till the point where all of these things occurred. And --

THE DEFENDANT: And who's brought them up?

THE COURT: -- I -- this is your first criminal offense, and I appreciate the fact that this is your first offense. And other than these events, you've lived a -- an exemplary life --

THE DEFENDANT: And I have bothered --

THE COURT: -- as near as I can tell.

THE DEFENDANT: -- no one. These are the people that came on my wife and I --

THE COURT: Now --

THE DEFENDANT: -- a 64-year-old woman and a 53-year-old man. Wow.

THE COURT: Well, the -- I also have to consider the nature and circumstances of the offenses charged, and I've considered those things in the convictions --

THE DEFENDANT: For that fraud --

THE COURT: -- reached by the jury in the one case and in your plea in the other case. And the --

THE DEFENDANT: It's all fraud, because I don't know who you people are.

THE COURT: The nature of these offenses is most serious, particularly --

THE DEFENDANT: That's their story.

THE COURT: -- the conspiracy to --

THE DEFENDANT: I have a First Amendment --

THE COURT: -- murder.

THE DEFENDANT: -- right to pop off anything I would like. I have and will till the day I die. Those son of a bitches over there scripted up this big story. It doesn't matter what I say. I didn't do --

THE COURT: Well --

THE DEFENDANT: -- no actions. There was no intent, there was just mouthing it. This is my God-given right to speak. That's why he gave me a tongue and lips.

THE COURT: Yeah. Well, I've --

THE DEFENDANT: And I've popped it off wrongfully, I know that. And I need to --

THE COURT: And --

THE DEFENDANT: -- apologize to a lot of people. But right now, I'm pretty pissed.

THE COURT: Well, I under --

THE DEFENDANT: I'm am American.

THE COURT: I understand that.

THE DEFENDANT: I was born that free man on the land, under God.

THE COURT: And I understand your feelings about the -- this whole thing.

THE DEFENDANT: You've taken my life --

THE COURT: These --

THE DEFENDANT: These son of a whores over here, who's

taken -- and jumped into my life --

THE COURT: Yeah.

THE DEFENDANT: -- for what? For money?

THE COURT: Well --

THE DEFENDANT: For script that doesn't mean shit? I want to know who they are. I demand to know --

THE COURT: Well --

THE DEFENDANT: -- who they are before you move one step further.

THE COURT: You know, I've indicated -- and the only --

THE DEFENDANT: No --

THE COURT: -- answer you're going to get about that today. So let's go on to other things. It's --

THE DEFENDANT: No, let's just dismiss this whole thing.

THE COURT: It's clear that this -- that these offenses are most serious, and it is --

THE DEFENDANT: No, they're not. There was nothing done. There's no victim, there's no crime. Let's go to that Article 3 court.

THE COURT: It's also clear to me that substantial punishment is appropriate, that the Court must protect the public under the circumstances from repeat of these crimes. And --

THE DEFENDANT: Protect the public from what? I --

THE COURT: -- I've considered the --

THE DEFENDANT: -- haven't bothered anybody.

THE COURT: -- guidelines --

THE DEFENDANT: Your guidelines mean nothing until --

THE COURT: -- and --

THE DEFENDANT: -- you prove who you are. No jurisdiction.

THE COURT: -- the bottom line here --

THE DEFENDANT: Dismiss, please. Dismiss, please. I'm not listening to this.

THE COURT: Well, you know --

THE DEFENDANT: I've done nothing to no one.

THE COURT: You know, you can listen if you want or not. But the bottom line here is that I think Probation had it right, and a sentence of 310 months is appropriate, with credit for time served. The -- in addition to that, the law requires that you pay the special assessment which in this case -- where were my -- where did I see my notes here -- I believe they're $300, I believe. But other than that, there should be no fine, there being no --

THE DEFENDANT: There's no fine, there's no crime.

THE COURT: -- basis to impose a fine. And yes, it's 300. There are three offenses. On conclusion of prison sentence, Mr. Vernon should be on supervised release for a total of five years, on the standard conditions and any special


Case 3:11-cr-00028-RJB Document 187 Filed 03/01/13 Page 39 of 49

conditions set by Probation.

The way that this divides out is that it's this Court's judgment that you'll be committed to the Bureau of Prisons on these various items or various offenses, all to be served concurrently, and that means that you're sentenced to 60 months on Count 1 in cause number 22, the 11-22, and 310 months on Count 12, to be served concurrently. And as to cause number 11-28, you'll be sentenced to the term of 310 months, to be served concurrently with cause number 11-22. And the supervised release will be three years on the one count in Count -- in cause number 11-22 and five years on Count 12 in that case, and five years on Count -- in Count 11-28. I think I have that right. All of those terms to be served concurrently, for a total of 310 months and five years supervised release.

Mr. Vernon, you do have a right to appeal your sentence, and I think you may have partially waived that right in your plea agreement. I believe you've reserved the right to appeal your conviction in the trial or convictions in the trial.

MR. SKROCKI: That's not correct.

THE COURT: But insofar as you do have a right to appeal, whether it be narrow constitutional grounds or any other grounds, you have to file a notice of appeal within 14 days of today. If you don't file that notice of appeal, you

will irrevocably lose that right to appeal.

If you want to appeal and you don't have a lawyer to represent you on appeal and you can't afford a lawyer, if you request it the Court will appoint a lawyer for that purpose at public expense. And if you request it, the Clerk will file a notice of appeal on your behalf. You understand all those things?

THE DEFENDANT: I understand it's a God damn lie.

THE COURT: Well --

THE DEFENDANT: And I know that you --

THE COURT: Okay --

THE DEFENDANT: -- are not of my country. You are all --

THE COURT: Well, there you go.

THE DEFENDANT: -- somewhere else. You don't --

THE COURT: Okay, I'll sign the --

THE DEFENDANT: You don't --

THE COURT: I guess up here the Clerk prepares judgments. Is that right?

THE CLERK: Yes, sir.

THE COURT: And I'll sign the judgment as soon as we have it prepared. And I believe the Clerk will give you some more information regarding your appeal rights, Mr. Vernon.

You know, Mr. Vernon, I'm sorry your life has come to this, and --

THE DEFENDANT: Well --

THE COURT: -- I'm sorry that you --

THE DEFENDANT: I'm sorry that people like you run this country.

THE COURT: Yeah. Well --

THE DEFENDANT: Like that crap right over there.

THE COURT: There are --

THE DEFENDANT: These son of a whores that come up here with son of a -- bunch here, that live --

THE COURT: There are --

THE DEFENDANT: -- off your dollar bill. And you come to --

THE COURT: There are --

THE DEFENDANT: -- people that come up here and live on the land, to be away from son of a bitches like you --

THE COURT: Yeah --

THE DEFENDANT: -- and what the fuck happens? Look what happens.

THE COURT: Well, that's what happens --

THE DEFENDANT: You pieces of fucking dogshit, with all your little punk buddies -- not you guys. Them. Their --

THE COURT: Well -- okay --

THE DEFENDANT: -- agency, ATF and --

THE COURT: Okay.

THE DEFENDANT: -- all that other crap. They have

no --

THE COURT: Well --

THE DEFENDANT: -- jurisdiction in my state.

THE COURT: -- Mr. Vernon, this --

THE DEFENDANT: I know.

THE COURT: -- is wrapped up as far as I'm concerned. And I wish you luck. I hope you do easy time and I hope that you --

THE DEFENDANT: Well, you could do me some easy time by just dismissing this whole thing, because --

THE COURT: Well --

THE DEFENDANT: -- you're not -- you're part of them, so I have to --

THE COURT: Well --

THE DEFENDANT: -- disrespect you on that honor.

THE COURT: Yeah, okay.

MR. SKROCKI: Your Honor?

THE COURT: Well, I -- in spite of what you've said, I don't disrespect you. And as I say, I'm sorry your life has come to this. But I believe in the law and I think that's what the law requires.

THE DEFENDANT: Well, if it was real law, it wouldn't be like this.

THE COURT: We'll be --

THE DEFENDANT: Because --


Case 3:11-cr-00028-RJB Document 187 Filed 03/01/13 Page 43 of 49

THE COURT: Yeah.

THE DEFENDANT: -- that's what happened.

MR. SKROCKI: Per the plea agreement, could -- we move to dismiss the remaining counts in the 28 case.

THE COURT: Yes, the remaining counts may be dismissed.

THE CLERK: All rise. This matter is now adjourned. This court is in recess until 1:30.

(Proceedings concluded at 10:54 a.m.)


Case 3:11-cr-00028-RJB Document 187 Filed 03/01/13 Page 44 of 49

CERTIFICATE

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

s/Teresa K. Combs — 2/27/13

Teresa K. Combs, Transcriber — Date


Case 3:11-cr-00028-RJB Document 187 Filed 03/01/13 Page 45 of 49

# U.S. v. Lonnie G. Vernon, 3:11-cr-00022-03-RJB/ 3:11-CR-00028-01-RJB, 1/7/13 - index


$300 ... 10, 39
$300,000 ... 10
$500,000 ... 14
1 ... 3, 17, 40, 44
1:30 ... 44
10:13 ... 3
10:54 ... 44
11 ... 3, 21, 40
12 ... 20, 40
13 ... 3, 45
14 ... 30, 40
140 ... 4
2 ... 45
20 ... 23
2010 ... 11, 21, 30
2013 ... 3
21 ... 25
22 ... 3, 26, 40
262 ... 17
27 ... 45
270 ... 14
28 ... 3, 20, 40, 44
29 ... 24
3 ... 33, 38
30 ... 8, 31, 44
300 ... 10, 39
310 ... 39, 40
327 ... 17
34 ... 21
39 ... 3, 17
53 ... 36
60 ... 40
61 ... 8
64 ... 36
7 ... 3
8th ... 11, 30

**A**

a.m. ... 3, 44
Aaron ... 23
abated ... 21
able ... 14
above ... 45
across ... 35
act ... 22
actions ... 37
addition ... 17, 39
address ... 19
addressing ... 24
adjourned ... 44
affirmation ... 8, 31
afford ... 41
afraid ... 31
against ... 23, 25
agencies ... 9, 14
agency ... 4, 8, 9, 29, 42
Agenda ... 25
agent ... 16
aggravated ... 20, 21
aggression ... 20
agree ... 32
agreed ... 7
agreement ... 3, 7, 17, 40, 44
aiming ... 15
airport ... 21
Alaska ... 3, 7, 9, 13, 14, 17, 22
allegiance ... 8, 9, 31
allocution ... 18
Amendment ... 36
America ... 16
American ... 37
ammo ... 23
ANCHORAGE ... 3
animosity ... 20
Anyway ... 7, 20, 22
apologize ... 4, 6, 37
appeal ... 40, 41
applies ... 9
appoint ... 41
appointments ... 8
appreciate ... 36
appreciated ... 15
appropriate ... 8, 30, 38, 39
arguments ... 17
arrest ... 15, 27
Article ... 33, 38
asinine ... 24
assessment ... 20, 39
associated ... 20
ATF ... 42
attention ... 17
attorney ... 7, 27
attorneys ... 3, 16
audience ... 26, 33
August ... 21
authority ... 8, 11, 14

**B**

back ... 12, 15, 16, 23, 25, 26, 30
Bartko ... 10, 23
based ... 3
basis ... 39
bastard ... 15
bastards ... 23, 26, 29
behavior ... 20
behind ... 15, 22, 27
Beistline ... 15, 22, 23, 25
belong ... 23
Bennett ... 23
Betsy ... 10
big ... 37
bill ... 42
bird ... 30
birds ... 30
bitch ... 10, 15, 23, 25-28, 30
bitches ... 21, 26, 37, 42
black ... 9
blow ... 20
book ... 23
born ... 11, 16, 37
both ... 8, 11, 25
bothered ... 26, 36, 39
bottom ... 27, 39
bought ... 23
boxes ... 23
braided ... 10
brief ... 20
briefing ... 16
brought ... 6, 18, 36
Bryan ... 3, 5, 12, 27
buddies ... 24, 42
buddy ... 11, 21, 23, 28
building ... 26
bullet ... 26
bullshit ... 10, 14, 23, 25, 32
bunch ... 9, 11, 12, 14, 15, 22-24, 26, 30, 42
Bureau ... 40
buy ... 14, 29

**C**

caliber ... 11
Call ... 3, 13, 33
called ... 17, 31, 33
can ... 11-13, 16, 18, 19, 22, 32, 33, 36, 39
cancel ... 34
cans ... 23
care ... 9, 15, 18, 28
case ... 4, 15, 20, 30, 36, 39, 40, 44
category ... 3, 17
cause ... 3, 40
cedar ... 24
certainly ... 20
CERTIFICATE ... 45
certify ... 45
chance ... 5, 19
character ... 22, 23, 25
characteristics ... 35
charged ... 36
charges ... 21
checks ... 18
chest ... 24
chin ... 22
Christians ... 21
circumstances ... 35, 36, 38
citations ... 21
citizen ... 35
citizens ... 14
claim ... 13, 21, 22, 26, 32
claiming ... 30
clan ... 9, 10
CLERK ... 3, 41, 44
Clinical ... 20
Clinton ... 11
clothespin ... 23
clown ... 7
clowns ... 9, 28
cognitive ... 20
combined ... 3
Combs ... 45
come ... 9, 10, 14, 22, 23, 25, 41-43
comes ... 23, 25
coming ... 9, 11, 23, 26, 27
committed ... 40
common ... 33
commonly ... 20
Community ... 19
compact ... 13, 14
compensations ... 21
concerned ... 5, 21, 43
concluded ... 44
conclusion ... 19, 20, 39
concocted ... 28, 32
concurrently ... 40
conditions ... 39, 40
conduct ... 28, 30, 32, 35
conducting ... 33
conflict ... 4, 7
conglomeration ... 25
consider ... 35, 36
considered ... 36, 39
conspiracy ... 21, 36
constitutional ... 40
continue ... 7
continuing ... 4
contributed ... 20
conversation ... 19
convicted ... 30
conviction ... 40
convictions ... 36, 40
corporation ... 12, 13
counsel ... 3
Count ... 40
country ... 11, 12, 22, 26, 31, 41, 42
counts ... 44
COURT ... 3-19, 21, 22, 24-44
Courts ... 14
coverage ... 6
Cox ... 21
crap ... 9, 14, 22, 23, 27, 42
crazy ... 18, 20
create ... 7
credit ... 39
crime ... 33, 38, 39
crimes ... 38
criminal ... 3, 17, 36
cuffs ... 27
CURTNER ... 3, 7, 17-19

**D**

D.C. ... 16
damn ... 11, 12, 21, 23, 25, 41
Date ... 45
day ... 5, 11, 12, 15, 26, 31, 37
days ... 30, 40
dealing ... 10
dealt ... 21, 22
deceited ... 34
December ... 11, 30




Case 3:11-cr-00028-RJB Document 187 Filed 03/01/13 Page 46 of 49

deception ... 17, 22
decide ... 19
declaration ... 12, 17, 30
declaring ... 11
deep ... 27
DEFENDANT ... 3-19, 22, 24-39, 41-44
Defender ... 4
defrauded ... 6, 34
degree ... 21
demand ... 7, 10, 27, 38
denied ... 10, 17, 35
denying ... 13
described ... 20
Destruction ... 20
determine ... 3, 30
determining ... 32
die ... 37
difference ... 35
different ... 6
difficulties ... 21
dink ... 22
dirt ... 12
disease ... 20
dishonor ... 19
dismiss ... 17, 38, 39, 44
dismissed ... 44
dismissing ... 43
disorders ... 20
disposition ... 17
disrespect ... 5, 27, 43
disrespecting ... 28
disrupt ... 14
disrupted ... 15
District ... 3
divides ... 40
Docket ... 4
dogs ... 29
dogshit ... 42
dollar ... 42
dollars ... 5
doors ... 23
dopamine ... 20
drama ... 23
dreams ... 22
drove ... 26
drug ... 10
duct ... 23
due ... 10, 15, 35
dug ... 10

**E**

each ... 16
earth ... 7
east ... 16, 25, 26
easy ... 43
effect ... 6, 20
eight ... 15
electronic ... 45
emotional ... 21
engage ... 8
entitled ... 45
entity ... 7, 9
envelope ... 4
Eric ... 21, 26
events ... 16, 17, 35, 36
everybody ... 8
everything ... 5, 15, 16
evidence ... 20, 23
exemplary ... 36
expense ... 41
explained ... 7
eyed ... 19

**F**

faggot ... 24, 25
failed ... 21
fair ... 25
Fairbanks ... 25
family ... 20, 22, 24, 29
far ... 5, 7, 23, 43
fast ... 25
fat ... 15
favor ... 33
FBI ... 14, 28
fed ... 8, 26
federal ... 9
Feel ... 7, 26, 30, 31
feelings ... 37
figured ... 10
file ... 7, 16, 40, 41
filed ... 8, 16, 18, 22, 23
filing ... 17
find ... 7, 31-33
finding ... 13
findings ... 17
fine ... 17, 39
fire ... 33
first ... 3, 6, 12, 15, 31, 36
five ... 23, 39, 40
flag ... 10
flaps ... 21
floor ... 27, 29
Following ... 20
food ... 21
fool ... 18
force ... 7, 22
forced ... 7
foregoing ... 45
form ... 20
foul ... 22
found ... 32
four ... 23, 25
frank ... 7
fraud ... 5, 17, 22, 30, 31, 34, 36
fraudful ... 35
fraudulently ... 9
free ... 9-11, 16, 27, 37
fricking ... 23, 30
friend ... 31
front ... 7, 29
frozen ... 26
fuck ... 24, 26, 42
fuckers ... 25
fucking ... 21, 23, 25, 42
functioning ... 20
furious ... 25
further ... 4, 31, 38
future ... 20, 21

**G**

games ... 11, 22
gang ... 21, 24
garbage ... 9
Gardner ... 4
gave ... 4, 13, 25, 37
generations ... 24
George ... 12
get ... 4, 10, 11, 15, 18, 24, 27-29, 33, 35, 38
give ... 41
given ... 7, 10, 21, 29, 37
go ... 4, 6, 10, 12, 16, 20, 34, 38, 41
going ... 5, 8-11, 14, 16, 17, 19, 20, 22, 23, 25-27, 29, 31, 33-35, 38
Good ... 3, 18, 21, 35
government ... 3, 5, 7-9, 11, 23, 32
grounds ... 40
guess ... 6, 41
guideline ... 17
guidelines ... 3, 17, 39
gums ... 21
guys ... 22, 26, 28, 42

**H**

Haden ... 3
half ... 23, 25
hand ... 22, 31
handed ... 4
hands ... 31
handwritten ... 15
hard ... 32, 35
harm ... 20
hauling ... 10
head ... 26
hear ... 8-10, 18, 22, 24, 25, 29, 31
hearing ... 3, 7
heart ... 26
heavy ... 20, 21
heirlooms ... 24
hell ... 12, 15, 16, 20, 22-25, 27, 32-34
hide ... 8, 31
higher ... 33
Hillary ... 11
hired ... 10
history ... 3, 13, 17, 35
hoard ... 21
hold ... 8, 9, 31
Holder ... 11, 21, 26
home ... 20, 26
homeschools ... 21
Honor ... 3, 4, 7, 8, 17-19, 43
Honorable ... 3
hope ... 43
horrors ... 15
horseshit ... 34
hours ... 14
house ... 23
hundred ... 15
hundreds ... 5

**I**

Iceland ... 23
illegal ... 30
illegitimate ... 9
illness ... 21
impose ... 39
increased ... 20
indicated ... 38
indicators ... 20
indiscernible ... 10
informants ... 14
injure ... 28
injured ... 28
innocent ... 25, 28
input ... 7
inquire ... 4
inquiry ... 6
insofar ... 40
instantly ... 7
instigated ... 18, 19, 27
instill ... 9
intend ... 28
intent ... 37
interest ... 4
interrupting ... 4
interview ... 20
invoked ... 11
irrevocably ... 41
irritability ... 20
IRS ... 9, 16
issue ... 4-6, 18
issues ... 3
items ... 40

**J**

J.R. ... 23
jail ... 10, 11, 25
Janice ... 15, 25
JANUARY ... 3
job ... 35
Johnson ... 16
judge ... 5, 6, 9, 12, 13, 15, 19, 22, 27, 28, 33
judgeship ... 25
judgment ... 40, 41
judgments ... 27, 41
jumped ... 38
junk ... 28, 29
jurisdiction ... 5, 7-11, 13, 17, 23, 24, 30, 32, 34, 39, 43
jury ... 36

**K**

Karen ... 25



Case 3:11-cr-00028-RJB Document 187 Filed 03/01/13 Page 47 of 49

Keith ... 18, 19
kids ... 21, 26, 29
Klein ... 10, 23
known ... 20
knows ... 32

L

lady ... 21
Lamoureux ... 3, 29
land ... 9-11, 16, 17, 19, 22, 23, 25-27, 37, 42
language ... 15
Lauren ... 21
lawyer ... 41
lawyers ... 4
leave ... 34
legal ... 6, 21, 30
lesser ... 20
lesson ... 13
level ... 3, 17, 20
licensed ... 19
lied ... 35
lies ... 8, 9
limited ... 20
line ... 39
lip ... 15
lips ... 37
list ... 21
listening ... 39
lived ... 36
livid ... 7
Lonnie ... 3, 19, 25
look ... 10, 19, 22, 24, 42
lose ... 41
loss ... 20
lot ... 37
lower ... 33
luck ... 43
Lummary ... 21

M

M.J. ... 19
magazines ... 24
make ... 10, 23, 26, 35
making ... 13, 23, 35
man ... 9-11, 16, 19, 20, 27, 32, 36, 37
marshal ... 15, 27
means ... 5, 30, 40
meet ... 7
memorandum ... 17, 18
metal ... 20, 21
Mister ... 15
mobility ... 20
MONDAY ... 3
money ... 18, 19, 38
month ... 17
months ... 23, 39, 40
mood ... 20
morning ... 3
motherfuckers ... 26
mouth ... 15
mouthing ... 37
move ... 17, 38, 44
movement ... 20
murder ... 37

N

nailing ... 9
narrow ... 40
Nations ... 31
near ... 36
neither ... 15, 22, 25
new ... 22
nine ... 15
Nobody ... 30, 34
noise ... 30
nonsense ... 8, 10, 34
nor ... 20, 28
North ... 23, 26
notes ... 39
notice ... 40, 41
November ... 30
nuts ... 18, 19

O

oaths ... 8
object ... 33
objection ... 4
objections ... 5
occurred ... 35
occurring ... 21
October ... 30
offense ... 3, 17, 36
offenses ... 35, 36, 38-40
offered ... 27
officer ... 24
officers ... 27
officials ... 11
old ... 36
Olson ... 23
one ... 5, 6, 18-22, 25, 26, 28, 35, 36, 38-40
ones ... 25
opinion ... 21
Order ... 3
own ... 9, 21

P

paid ... 12, 14, 18, 21, 23, 32
pain ... 20
pair ... 27
papers ... 12
paperwork ... 7, 14, 15, 23
park ... 29
partially ... 40
particularly ... 36
past ... 20, 21
pay ... 5, 39
people ... 5, 7-9, 11, 14, 18, 21-27, 29, 31, 33-37, 42
persist ... 20
pervert ... 24
perverts ... 24
ph ... 16, 21, 25
phone ... 23
picture ... 24
piece ... 4, 7, 10, 13
pieces ... 15, 23, 42
piles ... 24, 25
pillage ... 9
pissed ... 20, 21, 37
place ... 10, 16, 26, 29
plan ... 14
planet ... 7
play ... 5, 11, 22, 27, 28
played ... 18
playing ... 17
plea ... 3, 17, 36, 40, 44
pleased ... 18
poisoning ... 20, 21
political ... 22
poll ... 33
pop ... 21, 37
popped ... 37
pops ... 21
pose ... 20, 21
position ... 28, 30, 34
possession ... 21
potential ... 7
power ... 7
powers ... 27
prepared ... 41
prepares ... 41
present ... 3
presented ... 20
presentence ... 16, 17
presiding ... 3
prison ... 39
prisoner ... 22
prisons ... 15, 40
probation ... 3, 39, 40
problems ... 21
procedure ... 9
proceed ... 13, 14, 17
Proceedings ... 44, 45
production ... 20
professional ... 21
proof ... 27
property ... 9
propose ... 17
propped ... 10
prosecutors ... 22
protect ... 22, 29, 38
provable ... 28
proved ... 34
proven ... 8, 9, 30, 33, 34
proves ... 9
proving ... 30
psychiatrist ... 18
psychologist ... 19
public ... 4, 24, 33, 38, 41
Puerto ... 12
pull ... 7, 29
pulled ... 7, 8, 22
pulling ... 7
punishment ... 38
punk ... 10, 42

R

raised ... 6
range ... 17
ranting ... 11, 12, 15
rape ... 9
reached ... 36
ready ... 13
realize ... 11
realm ... 7, 8
reason ... 6
recommendation ... 17
recording ... 45
refused ... 23
relative ... 4
release ... 39, 40
reliable ... 20
rely ... 17, 18
remaining ... 44
report ... 3, 16
representation ... 17
represented ... 4
request ... 41
requires ... 39, 43
reside ... 7
residual ... 20
resolve ... 3
resolved ... 5
respect ... 27
respectful ... 8
restricted ... 20
results ... 17
reviewed ... 16
revisit ... 6
Rich ... 19
Richard ... 16
Rico ... 12, 16
rightful ... 35
rights ... 7, 10, 11, 22, 41
rinky ... 22
rise ... 3, 44
robe ... 9
Robert ... 3
rolling ... 33
room ... 27
rubberstamp ... 25
rubberstamps ... 25
ruins ... 26
rule ... 8, 9, 31
run ... 18, 26, 42

S

Sandi ... 10
satisfaction ... 14
satisfied ... 17
Schaeffer ... 21, 32
scheme ... 28
Schwartz ... 16
screw ... 14
script ... 38
scripted ... 21-23, 37
scumbag ... 15
seated ... 3


Case 3:11-cr-00028-RJB Document 187 Filed 03/01/13 Page 48 of 49

Seaview ... 19
second ... 5
see ... 7-9, 13, 27, 29-32, 39
seen ... 22, 27
self ... 20, 21
sell ... 28
sent ... 11
sentenced ... 28, 40
sentencing ... 3, 16-19, 28-30
sentencings ... 28
serious ... 36, 38
served ... 39, 40
Services ... 19
session ... 3
set ... 7, 40
shake ... 31
Sherman ... 29
shit ... 10, 14, 25, 26, 31, 38
shithole ... 15
shitholes ... 23
Show ... 13, 19, 22
showed ... 21
shuffling ... 34
shut ... 23
sick ... 30
side ... 16, 19, 26
sign ... 41
signed ... 4, 6, 7
sit ... 10, 14
sitting ... 15, 24, 25
SKROCKI ... 3, 4, 6, 17, 29, 40, 43, 44
slanderous ... 15, 21
SOBs ... 9
son ... 10, 15, 21, 23, 25-28, 30, 37, 42
sound ... 45
sovereign ... 7, 11, 21, 22, 27, 30
special ... 39
spend ... 14
sphere ... 11
spite ... 43
spring ... 21
stability ... 21
stand ... 10, 15
standard ... 39
start ... 10, 14, 33
started ... 9, 12, 15, 23, 26
state ... 7, 9-11, 13, 14, 17, 22, 26, 30, 43
stay ... 9, 12
steal ... 25
step ... 38
Steven ... 16
Stevens ... 21
stir ... 14
stole ... 24
Stoll ... 15, 25
stories ... 10, 23
story ... 10, 21-23, 28, 32, 36, 37
straight ... 19
stuck ... 15
substantial ... 38
sudden ... 25
suffered ... 20
supervised ... 39, 40
supposed ... 18, 25
Supreme ... 14
surrender ... 12
surrendering ... 12
Sutherland ... 10, 23, 24, 29
symptoms ... 20
system ... 5, 25

**T**

table ... 21, 23
Tactical ... 23
tank ... 29
tape ... 23
tax ... 21
Ted ... 21
telling ... 12, 26, 32
Teresa ... 45
term ... 40
terms ... 40
test ... 19
tests ... 20
these ... 5, 9, 12, 15, 18, 21-23, 25-28, 34-38, 40, 42
thousands ... 5
threat ... 20, 21
three ... 24, 32, 39, 40
throwing ... 11
thrown ... 9, 10
tied ... 27
time ... 7, 10, 18, 19, 24, 29, 39, 43
times ... 15
tired ... 30
today ... 5, 7, 11, 14, 15, 26, 27, 33, 34, 38, 40
tongue ... 37
took ... 22
total ... 39, 40
Traditionally ... 20
trampled ... 10
Transcriber ... 45
transcript ... 45
trashed ... 15
treat ... 22
treated ... 22
treatment ... 20
trial ... 16, 23, 25, 40
truck ... 26
trumped ... 25
truth ... 12
turn ... 11, 17
TV ... 22
two ... 14, 16, 21, 23, 24

**U**

United ... 3, 13, 16, 17, 31
unknown ... 7
unlikely ... 21
uses ... 9

**V**

verbalized ... 21
Vern ... 10
Vernon ... 3-5, 7, 8, 10-14, 16, 18, 20-22, 24, 25, 27, 29, 30, 32-35, 39-41, 43
Vernons ... 22
versus ... 3
victim ... 33, 38
vile ... 22, 23

**W**

wait ... 6, 28
waiver ... 4, 7, 17
war ... 11, 12, 17, 26, 30
Washington ... 12
watching ... 27
weapons ... 21
wears ... 9
week ... 26, 31
welded ... 23
whole ... 8, 14, 23, 25, 30, 37, 38, 43
whore ... 10, 23
whored ... 11
whores ... 12, 15, 18, 21, 32, 37, 42
whoring ... 22
wife ... 9, 10, 13, 15, 20, 21, 23, 25, 26, 28, 33, 36
will ... 16, 18, 37, 40, 41
wire ... 23
wish ... 18, 43
woman ... 9, 36
wonderful ... 22
work ... 12-14
worked ... 12
works ... 4, 8
world ... 15, 16
worthless ... 26
wound ... 21
Wow ... 36
wrapped ... 43
writing ... 6
written ... 17
wrongfully ... 37
wrote ... 22

**Y**

yard ... 29
year ... 20, 31, 36
years ... 8, 20, 21, 23-27, 34, 39, 40
yell ... 9
Youngblood ... 18, 19
yours ... 6